1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DANIEL ZAHEER, State Bar #237118
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3822
6  Facsimile:    (415) 554-3837
   E-Mail:    daniel.zaheer@sfgov.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12
   JOAQUIN CIRIA,                          Case No. C07-4770 MJJ
13
              Plaintiff,                   **DEFENDANT CITY AND COUNTY OF**
14                                         **SAN FRANCISCO REQUEST FOR**
                                           **JUDICIAL NOTICE IN SUPPORT OF**
15    vs.                                  **MOTION TO DISMISS PLAINTIFF'S**
                                           **COMPLAINT UNDER FRCP 12(b)(6)**
16 NICHOLAS J. RUBINO, OFFICER
   AISSA, JAMES CROWLEY, ARTHUR            Hearing Date:    February 12, 2008
17 GERRANS AND DOES 1-10                   Time:            9:30 a.m.
   INCLUSIVE,                              Place:           Courtroom 11
18                                         Judge:           Martin J. Jenkins
              Defendants.                  Trial Date:      None Set
19

20

21

22         Pursuant to Federal Rule of Evidence 201, defendant City and County of San Francisco

23 requests this Court to take judicial notice of the following:

24         1.    The Declaration of Joaquin Ciria, attached to Plaintiff's "Exhibits in Support of

25 Complaint," Docket No. 2.  The Declaration is attached hereto as **Exhibit A**.

26         2.    The Information and Judgment in *People v. Ciria*, California Superior Court Case No.

27 137440, attached hereto as **Exhibit B**.

28

3.    The California Court of Appeal's Docket in *People v. Ciria*, Case No. A053042, showing that the conviction was affirmed on August 31, 1992. A copy of the court's docket is attached hereto as **Exhibit C**.

4.    The California Supreme Court's Docket in *In re Ciria*, Case No. S031893, showing a petition for writ of habeas corpus filed on March 29, 1993 and denied on May 26, 1993. A copy of the court's docket is attached hereto as **Exhibit D**.

5.    The California Supreme Court's Docket in *In re Ciria*, Case No. S060690, showing a petition for writ of habeas corpus filed on April 21, 1997 and denied on October 29, 1997. A copy of the court's docket is attached hereto as **Exhibit E**.

6.    The California Court of Appeal's Docket in *In re Ciria*, Case No. A096429, showing a petition for writ of habeas corpus filed on October 12, 2001 and denied on October 18, 2001. A copy of the court's docket is attached hereto as **Exhibit F**.

7.    The California Supreme Court's Docket in *In re Ciria*, Case No. S101755, showing a petition for writ of habeas corpus filed on November 1, 2001 and denied on April 17, 2002. A copy of the court's docket is attached hereto as **Exhibit G**.

8.    The California Court of Appeal's Docekt in *In re Ciria*, Case No. A110400, showing a petition for writ of habeas corpus filed on June 10, 2005 and denied on June 28, 2005. A copy of the court's docket is attached hereto as **Exhibit H**.

9.    The California Supreme Court's Docket in *In re Ciria*, Case No. S137125, showing a petition for writ of habeas corpus filed on September 9, 2005 and denied on June 28, 2006. A copy of the court's docket is attached hereto as **Exhibit I**.

10.    The U.S. District Court, Northern District of California's Docket in *Ciria v. Cambra*, Case No. 98-cv-01021MJJ, showing a petition for writ of habeas corpus filed on March 13, 1998 and dismissed as untimely on November 10, 1998. The Docket also shows that the Ninth Circuit Court of Appeals denied a Certificate of Appealability on March 22, 1999. A copy of the court's docket is attached hereto as **Exhibit J**.

11.    The U.S. District Court, Northern District of California's Docket in *Ciria v. Carey*, Case No. 02-cv-02900MJJ, showing a petition for writ of habeas corpus filed on June 17, 2002 and

1    dismissed without prejudice on July 8, 2002.  The Docket also shows that the Ninth Circuit Court of

2    Appeals rejected petitioner's appeal on January 22, 2003.  A copy of the court's docket is attached

3    hereto as **Exhibit K**.

4            12.     The U.S. District Court, Northern District of California's Docket in *Ciria v. Carey*,

5    Case No. 03-cv-02499MJJ, showing a petition for writ of habeas corpus filed on May 27, 2003 and

6    dismissed on August 4, 2003.  A copy of the court's docket is attached hereto as **Exhibit L**.

7
8    Dated:  January 4, 2008

9                                                    DENNIS J. HERRERA
                                                     City Attorney
10                                                   JOANNE HOEPER
                                                     Chief Trial Deputy
11                                                   DANIEL ZAHEER
                                                     Deputy City Attorney
12

13                                        By:_____/s/_____
                                              DANIEL ZAHEER
14

15                                            Attorneys for Defendant(s)
                                              CITY AND COUNTY OF SAN FRANCISCO
16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

Declaration of
Joaquin Ciria, In Support
Of Complaint, 42 U.S.C. §1983
[28 U.S.C. § 1746]

JOAQUIN CIRIA
E-89966 Facility 2-12-117
C.S.P. - Solano State Prison
Post Office Box 4000
Vacaville, California 95696-4000

Plaintiff IN PRO SE
JOAQUIN CIRIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOAQUIN CIRIA, | ) | Case No. |
| Plaintiff, | ) | |
| vs. | ) | DECLARATION OF JOAQUIN CIRIA, IN SUPPORT OF COMPLAINT UNDER CIVIL RIGHT ACT, 42 USC § 1983 |
| NICHOLAS J. RUBINO, OFFICER AISSA, JAMES CROWLEY, ARTHUR, GERRANS, and Does 1-10 inclusive, sued in their individual and official capacities, | ) | |
| Defendants. | ) | [28 U.S.C. § 1746] |

I, JOAQUIN CIRIA, do hereby declare under penalty of perjury as follows:

1. That I am the Plaintiff, **JOAQUIN CIRIA**, proceeding in this cause of action without the appointment of professional counsel. I am over the age of 18 years and the Plaintiff in the above-entitled matter. I have personal knowledge of the facts set forth below, and if called to testify, could and would competently testify as to such facts.

2. That I was the defendant in the criminal proceedings

-1-

commonly referred to as the <u>People v. Joaquin Ciria,</u> Superior Court Case No. 137400, said matter was charged and tried in the county of San Francisco.

3. That on or about December 23, 1989, I purchased a 1986/87 red, Pontiac Firebird from Padilla's Used Car Dealership in Madera, California. At around the same time, I had my hair styled in a jeri curl and continued wearing it in the same style until the following year, April 19, 1990, the day of my arrest for the instant case.

4. That on December 27, 1989, I left my residence located at 159 Sickles Street in San Francisco, and left for the Amazon Hotel on 5060 Mission Street, also in the city of San Francisco. I was going to the hotel to see Victor Hernandez, a close personal friend.

5. That when I arrived at the Amazon Hotel, I noticed the door to room 18 partially opened and saw individuals I did not recognize enter and left the room. I went to the manager's office and asked what was going on in room number 18. She said she did not know what was happening.

6. That I decided to leave and come back another time to see Victor. I approached my car and made an attempt to open the door. At that very moment, someone came up from behind and ordered me to stop and place my hands on the roof of the car. There persons claims to be uncover police officers.

7. That I was handcuffed and placed in an unmarked police car and transported to the Ingleside Police Station, commonly called "County-H." (See Exhibit A.)

-2-

8. That when I arrived at the police station, my friend Victor was there as well as Miguel Hernandez, Simon Latamba, and Dana Banks. (Exhibit A, pp. 1-2.) Approximately twenty minutes later, one of the uncover officers who arrested me, Nicholas J. Rubino ("Rubino"), confronted me and accused me of knowing about the contraband found in the rooms at the Amazon Hotel. Rubino claimed I was involved with the drugs. I told Rubino that I didn't know anything about any drugs. Rubino started yelling at me shouting that "You're going down for this! You're through!"

9. That approximately thirty-five minutes later, Felix Bastarrica ("Bastarrica") arrived at County-H. He explained he was at Roberto Socorro's house located at 2266 Cayuga Street in San Francisco, when Rubino and the other officers arrived at the house, searched the premises and subsequently arrested Bastarrica.

10. That Rubino separated me from the others and said he was going to get me because he knew I was involved or in some way connected with all the drugs and paraphernalia confiscated from the Amazon Hotel. Sometime Later, Rubino returned and took me out of the cell. He said he was going to get me but for now, he had to le me go. It was the following morning, the 28th of December 1989, when I was finally processed, fingerprinted and photographed (see Exhibit C).

11. That right before I was released, I asked the officers about my car. I wanted to know if it had been towed to the police impound from the Amazon Hotel. The officers did not know anything about it. I left the police station and went directly to the hotel and located my vehicle. I drove home and explained to my

-3-

common-law wife, Yojana S. Paiz, what had occurred.

12. That on the same day, the 28th, while I was driving around I noticed Rubino following me in a red Camaro or Firebird. The following days, weeks and months, I also saw other individuals in other vehicles following me. I was certain these persons were uncover police officers and were following me because they believed I was involved with drugs or selling them. I witnessed these same persons in the same cars parking across the street from, and also kitty corner to, my house.

13. That as a result of the officers following me all the time, I decided to get rid of my vehicle. Around the last week of January 1990, I contacted Dana and asked if she would trade her truck with my Firebird. She owned a 1988 silver/brown Mitsubishi truck. I explained to Dana that I did not register the Firebird when I first bought it. I also told her that during the entire time I drove the Firebird, I never recieved a single traffic or parking citation. We traded cars and I started driving the Mitsubishi truck from the end of January, 1990, until the day of my arrest. (See Exhibit A.)

14. That on April 19, 1990, at approximately 11:45 a.m., I was in the truck driving home. At the moment I approached my house to park, an unmarked police car suddenly blocked my truck. I immediately recognized Rubino. He shouted out that I was under arrest. I asked him for what and he yelled back, "Murder!" Rubino and the other officers had their guns out of their holsters pointed at me. Rubino yelled at me screaming "Why did you kill Felix?" I told him I didn't kill anyone. I specifically remember

-4-

telling Rubino that he knew where I was because he was following me every where. He said, "Yeah, I saw you take a bunch of kids to the movies the night after the shooting."

15. That while I was waiting in Rubino's car, he turned and asked me if I remembered the time at County-H when he said he was going to get me. I told Rubino that I remembered. He replied that now was that time. About this time, a marked police vehicle arrived and transported me to the homicide department.

16. That I arrived at the police station and was placed in an interview room. Crowley and Gerrans arrived shortly after and started interrogating me. While the detectives asked questions, I interrupted and inquired if they hadn't seen me the night before at Galan's Bar. I told them I had seen them talking to the patrons. (See Exhibit F. p. 15.) Gerrans replied that he was there to "check out my story" that I told them [detectives] on April 13 when I recounted my whereabouts for the night of March 25, 1990. (See Exhibit E, pp. 2-4; see also Exhibit F, p. 16.) Gerrans added that the bartender that was there last night, the 18th, was not on duty when I got into a fight with Roberto. (See Exhibit F, p. 16.)

17. That a short time later, the detectives asked me about my vehicles, in particular, about a red car I owned. I explained to them that I had sold it. Crowley and Gerrans continued to ask me questions about the Firebird. (See Exhibit F, pp. 29, 30.)

18. That during my criminal trial proceedings, I did not understand English that well and was completely in the dark about the criminal justice system in the United States. I was not

-5-

familiar with the law or what I was entitled too.

19. That I was appointed an attorney, Randy Montesano ("Montesano"), who failed to call witnesses to establish where I was on the night of March 25, 1990, from 8:30 p.m. until the following day. Even though I provided him the names of my common-law wife, Yojana S. Paiz, and our roommate, Marina Flores, Montesano never called them to testify that I was at home at the time of the shooting.

20. That after I was convicted and sentenced, and remanded to the custody of the California Department of Corrections, I continued to seek assistance with my legal papers. I located several inmates who claimed they were "jail-house" lawyers and knew what they were doing. It was not until December 2003, that I became aware of the evidence the police department possessed proving my innocence. I was assisted by a fellow inmate with some knowledge in the law. He advised me of my constitutional rights and that the state and its entities, i.e., the police department, the District Attorney's Office, etc., are obligated by law to turn over to the defense any and all exculpatory evidence in their possession.

21. That the inmate assistant prepared and submitted a state habeas corpus to the Superior Court challenging my conviction based on newly discovered evidence proving my innocence, ineffective assistance of trial and appellate counsel, the state's failure to disclose exculpatory evidence, and prosecutorial and police misconduct. After the Superior and Appellate court denied my habeas applications and, while the petition was pending in the

-6-

California Supreme Court, I remembered the numerous encounters with Rubino. I was not aware of the significance of the police following me during the times herein mentioned. I described what took place to the inmate helping me and discovered the existence of the surveillance reports, which is the subject of this Complaint, among other evidence that has not been disclosed by the government.

22. That the courts have yet to reach the merits of the undisclosed surveillance records/reports, the witness(es) statement(s) from Galan's Bar, and the undisclosed evidence from which Crowley and Gerrans became aware that I had a jeri curl hairstyle on the night of March 25, 1990, and that I use to drive a red, Pontiac Firebird.

23. That the accompanying Complaint, attendant exhibits and this declaration, are presented to this Court claiming that the above-named defendants, the San Francisco Police Department, and/or its representatives, possess irrefutable evidence which proves I am innocent. This evidence was collected and generated by the above-named defendants, the San Francisco Police Department and/or its representatives. I am requesting the evidence be released to this court in accordance with the Injunction Order petitioned for in the <u>Relief Requested.</u>  (See Petition for Preservation of Evidence.)

///

///

///

///

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, except for statements made on information and belief, and as to such latter statements, I believe them to be true and correct.

Executed on August 26, 2007, at Solano State Prison, Vacaville, California.

JOAQUIN CIRIA
Declarant/Plaintiff In Pro Se

///
///
///
///

-8-

EXHIBIT B

SUPERIOR COURT OF THE STATE OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO

W. FAZIO

PEOPLE OF THE STATE OF CALIFORNIA,          )          NO. 137440
                                            )
                      Plaintiff,            )
                                            )
                                            )
           vs.                              )
                                            )
JOAQUIN CIRIA, also known as                )          INFORMATION
JOAQUIN HERNANDEZ,                          )
                                            )
                      Defendant.            )
_____)

COUNT I:          JOAQUIN CIRIA, ~~also known as JOAQUIN HERNANDEZ~~

is accused by the District Attorney of the City and County of San
Francisco, State of California, by this Information, of the crime of
felony, to wit:  VIOLATION OF SECTION 187 OF THE CALIFORNIA PENAL
CODE, committed as follows:  The said defendant on or about the 25th
day of March, 1990, at the City and County of San Francisco, State
of California, did willfully, unlawfully, and with malice
aforethought murder FELIX BASTARRICA, a human being.

It is further alleged that the above offense is a serious felony
within the meaning of Penal Code section 1192.7(c)(1).

USE OF FIREARM ALLEGATION PURSUANT TO PENAL CODE SECTION 12022.5(a)

It is further alleged that in the commission and attempted
commission of the above offense, the said defendant, JOAQUIN CIRIA,
~~also known as JOAQUIN HERNANDEZ~~, personally used a firearm, to wit,
HANDGUN, within the meaning of Penal Code section 12022.5(a) and
also causing the above offense to be a serious felony within the
meaning of Penal Code section 1192.7(c)(8).

People vs. Joaquin Ciria,                    S.C. NO. 137440
                also known as
                Joaquin Hernandez

Page 2


COUNT II:

The said defendant, JOAQUIN CIRIA, also known as JOAQUIN HERNANDEZ,
is further accused by the District Attorney of the City and County
of San Francisco, State of California, by this Information, of the
crime of felony, to wit:  VIOLATION OF SECTION 12021(a) OF THE
CALIFORNIA PENAL CODE, committed as follows:  The said defendant on
or about the 25th day of March, 1990, at the City and County of San
Francisco, State of California, did willfully and unlawfully own and
have in his possession and under his custody and control a certain
firearm, to wit:  HANDGUN, capable of being concealed upon the
person, the said defendant having theretofore been duly and legally
convicted of a felony, to wit:  the crime of POSSESSION OF A
CONTROLLED SUBSTANCE, in violation of section 11350(a) of the Health
and Safety Code, on the 7th day of February, 1990, by and before the
Superior Court of the State of California, in and for the County of
San Francisco.

The said defendant having theretofore been duly and legally
convicted of a felony, to wit:  the crime of POSSESSION OF MARIJUANA
FOR SALE, in violation of section 11359 of the Health and Safety
Code, on the 19th day of February, 1985, by and before the Superior
Court of the State of California, in and for the County of San
Francisco.

People vs. Joaquin Ciria,                    S.C. NO. 137440
              also known as
              Joaquin Hernandez

**Page 3**

ALLEGATION OF PRIOR CONVICTION PURSUANT TO PENAL CODE SECTION
667.5(b)

It is further alleged that said defendant, JOAQUIN CIRIA, also known
as JOAQUIN HERNANDEZ, was on or about the 19th day of February,
1985, in the Superior Court of the State of California, for the
County of San Francisco, convicted of the crime of POSSESSION OF
MARIJUANA FOR SALE, in violation of section 11359 of the Health and
Safety Code of California, and that he then served a separate term
in state prison for said offense, and that he did not remain free of
prison custody for, and did commit an offense resulting in a felony
conviction during a period of five years subsequent to the
conclusion of said term, within the meaning of Penal Code section
667.5(b).

ARLO SMITH, District Attorney


BY _____
                W. FAZIO
        Assistant District Attorney

4463Q/jms

**Superior Court of the State of California**
**City and County of San Francisco**

1232760

137440

| Joaquin Ciria | Randy Montesano | $1,000,000 | |
| DEFENDANT | ATTORNEY | BAIL | BAIL DEPOSITED BY -OR- CUSTO |
| aka Joaquin Hernandez | | | |
| | | | |
| DEFENDANT | ATTORNEY | BAIL | BAIL DEPOSITED BY -DR- CUSTO |
| | | | |
| DEFENDANT | ATTORNEY | BAIL | BAIL DEPOSITED BY -DR- CUSTO |

Spanish Interpreter Req

| DEPT | DATE | PROCEEDINGS |
|---|---|---|
| mon | 9-18-90 | Arraignment. Cnsl appointed. Deft arraigned. Pl NG etc. Denies alla. Trial 12-3-90. PTC 11-28-90 2PM |
| | NOV 08 1990 | Mo Cont PTC /TRL — gntd. Trial 1-28-91. PTC 1-18-91 @ 10:30 am. Deft alas wvs time |
| MC22 | JAN 18 1991 | PTC Ordered Transferred to D-21 Judge CLAUDE D. PERASSO PTC F/W |
| 25 | 1-18-91 | P.T.C. — Cause deemed pretried. |
| 4pm | JAN 25 1991 | Mo to cont — gntd Virginia M. Miranda Span int. Cont to 2-4-91 @ 9:30 am. for trial |
| mon | 2-4-91 | TRIAL — ........ Sept 24 — Judge Conlan, Bea |
| 24 | 02-04-91 | Trial by Jury. Motion in limine to be heard in Chambers. 11:45 AM Spanish Interpreter Ines Strany is sworn. 1:30 George Villiers-Furze Sp. Interpreter is sworn. Mo to exclude "AKA" from being read to Jury is gntd. |
| 24 | 02-05-91 | Trial by Jury. Sp. Interpreter, George Villiers-Furze is sworn. Jury + act. jurors impaneled. Cont 02-06-91 |
| 24 | 02-06-91 | Trial by Jury — People present, opening stmt. Defense reserves it. Cause ord cont. to 02-07-91 |
| 24 | 02-07-91 | Trial by Jury. Witness sic Doc. Evid is introduced. Cause ord. cont. to 02-08-91 at 9:30 am. |
| 24 | 02-08-91 | Trial by Jury. Sp. Interpreter George Villiers-Furze & Kate Snow't sworn. Wltdagan sworn. Body attachment ord. to issue for Roberto Hernandez. Adjt (4:00 pm) cont. to 2-11-91 |
| 24 | 02-11-91 | Trial by Jury. Witnesses sic Doc. Evid. introduced. Sp. Interpreter George Villiers-Furze is sworn. Cause ord cont to 02-13-91 at 9:30 a.m. (Judge sic) |
| 24 | 02-13-91 | Trial by Jury. Sp. Int. George Villiers-Furry is sworn |
| 24 | 02-14-91 | Trial by Jury. Sp. Int. Virginia Miranda sworn but requested to return to mc 22 by clerk. Sp. Interpreter George Villiers-Furze is sworn for day case. (defendant) and Valerie Lahdan is sworn for witness. Mo NoN sic |

Superior Court of the State of California
City and County of San Francisco

1239760

137440

Joaquin Ciria
DEFENDANT

Randy Montesano Esq.
ATTORNEY

1,000,000.00
BAIL

✓
BAIL DEPOSITED BY -OR- CUSTO

DEFENDANT    ATTORNEY    BAIL    BAIL DEPOSITED BY -OR- CUSTO

DEFENDANT    ATTORNEY    BAIL    BAIL DEPOSITED BY -OR- CUSTO

| DEPT | DATE | PROCEEDINGS |
|---|---|---|
| 24 | 02-14-91 | Trial by Jury Cont. Witnesses s/c Exhts intrd. Cause cont. Cont. 02/15/91 at 9:30 a.m. |
| 24 | 02-15-91 | Trial by Jury. Sp. Interpreter Virginia Miranda sworn (Sp.) Deft. and Alicia Vecala-Garcia is sworn Sp. the Witnesses, Hernandez & La Valle Insp Ithelman Jos. Roberto Hernandez is rcl. recalled (Sp.) Sp. Jury Villias sworn |
| 24 | 02-19-91 | Trial by Jury Witnesses s/c Ct reads instructions Peple & Defense present Closing Arguments - 1:30 Jury commences deliberations Cause cont. to 02/20/91 at 9:00 a.m. |
| 24 | 02-20-91 | Trial by Jury Sp. Interpreter Elena Villias - Jury is sworn in 9:00 a.m. Jury Commences deliberation 11:45 read back 2:35 O Verdict presented to Court ct 1 187 PC /F First Deg. Guilty Alleg per 12022.5 (a) PC. D be TRUE Jury thanked and Excused. Deft waives jury re ct 2 & 667.5 (b) Sp. Cause cont. to 02-25-91 for further proceedings re ct 2 & 667.5 (b) PC. at 11:30 Deft jus. waive jury. Sp. Int Elena Villias ml D be present |
| 24 | 02-25-91 | Court trial re Count 2, & to the Ret Conv 667.5 (b) Ct fds deft Guilty re ct 2 12021 (a) PC /F & Alleg per PC. 667.5 (b) PC. to be TRUE. Ref prob for CSR due 3-21-91, and Sent 3-22-91 at 9:00 A.M. |
| 24 | 03-22-91 | Sent Sp. Interpreter Elena Villias, Jury is sworn Insp D.A. & Defense ord present statements TP/S wnd. ct 1 187 PC /F First deg. 25 years to Life. VEA Alleg per 12022.5 (a) 5 years CTS ct 2, 12021 (A) PC /F mid-term, 2 yrs PC to be Conv 667.5 (b) PC 1 addl yr CTS TOTAL Commit: 31 years to LIFE cts 352 Sage 176 TOTAL CTS: 528 dys. Admn appeal & Parole sts. |
| TC 22 | NOV 13 1992 | Remittitur judgment affirmed |

CRM-1

43

EXHIBIT C

# CALIFORNIA APPELLATE COURTS

Case Information

welcome

Search

E-mail

Calendar

Help

Options



## 1st Appellate District

Change court ▾

Court data last updated: 01/04/2008 09:05 AM

Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court

## Docket (Register of Actions)

The **People v Ciria**
Division 3
Case Number A053042

| Date | Description | Notes |
|------|-------------|-------|
| 03/29/1991 | Notice of appeal lodged/received (criminal). | |
| 04/24/1991 | Counsel appointment order filed. | Aty Hughes Assisted 45 |
| 06/12/1991 | Note: | Janet Pond, Csr Turned In Her Tx To Co.Clerk. |
| 06/25/1991 | Record on appeal filed. | C-1-R-6 |
| 06/25/1991 | Probation report filed. | & Declaration In Support Of Arrest Warrant; Police Report |
| 08/12/1991 | Motion/application to augment record filed. | And Ext Aob |
| 08/30/1991 | Augmentation granted. (See order.) | |
| 10/02/1991 | Augmented record filed. | Trx 02-05-91 |
| 10/02/1991 | Exhibits lodged. | Transcript Exhibit 12b, 12 16, 14, 13, Aug Complete |
| 10/02/1991 | Certificate of county clerk filed. | Re Jury Selection Proceedings |
| 11/06/1991 | Default sent to court appointed counsel. | |
| 12/06/1991 | Appellant's opening brief. | |
| 01/09/1992 | Respondent notified pursuant to rule 17(b). | |
| 01/09/1992 | Respondent notified pursuant to rule 17(b). | |
| 01/09/1992 | Original entry stricken - sequence no. not removed. | |
| 02/07/1992 | Respondent's brief. | |
| 03/05/1992 | Case fully briefed. | |
| 03/19/1992 | To court. | Case For Review |
| 04/22/1992 | Case on conference list. | C/339 |
| 05/14/1992 | Oral argument waiver notice sent. | |

| | | |
|---|---|---|
| 05/14/1992 | Oral argument waiver notice sent. | |
| 05/28/1992 | Request for oral argument filed by: | Atty Hughes |
| 06/15/1992 | Calendar notice sent. Calendar date: | Thurs., 7/9/92 @ 9:30. |
| 06/25/1992 | Request to continue oral arg - to court. | Atty Hughes |
| 07/01/1992 | Order filed. | Cause Contd To Aug. Calendar |
| 07/14/1992 | Calendar notice sent. Calendar date: | Wed. 8/26/92 @ 9:30 |
| 08/26/1992 | Cause argued and submitted. | |
| 08/31/1992 | Opinion filed. | Affirmed. (Np) |
| 09/18/1992 | Requested - extension of time. | File Pet. For Rehearing Tct/Chin |
| 09/21/1992 | Denied - extension of time. | To File Pet. For Rehearing Mailed To Aplt |
| 11/02/1992 | Remittitur issued. | |
| 01/28/1993 | Exhibits returned to county clerk. | Via Ups |
| 11/16/1996 | Case complete. | |
| 04/03/2001 | Shipped to state retention center, box # / list #:       . | shows in rough drafts for list 99 |

**Click here to request automatic e-mail notifications about this case.**

©2007 Judicial Council of California

EXHIBIT D

# CALIFORNIA APPELLATE COURTS
Case Information

## Supreme Court

Court data last updated: 01/04/2008 08:53 AM

Change court ▾

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

## Docket (Register of Actions)

**CIRIA, JOAQUIN**
**Case Number S031893**

| Date | Description | Notes |
|------|-------------|-------|
| 03/29/1993 | Petition for writ of habeas corpus filed | Ptr Ciria in Pro per |
| 05/26/1993 | Petition for writ of habeas corpus denied | W/Cite [Waltreus] |

**Click here to request automatic e-mail notifications about this case.**

©2007 Judicial Council of California

EXHIBIT E

# CALIFORNIA APPELLATE COURTS
Case Information

## Supreme Court

Change court ▾

Court data last updated: 01/04/2008 08:53 AM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

## Docket (Register of Actions)

**CIRIA, JOAQUIN**
**Case Number S060690**

| Date | Description | Notes |
|------|-------------|-------|
| 04/21/1997 | Petition for writ of habeas corpus filed | And Exhibits by Pro per Petnr Ciria |
| 06/12/1997 | Filed: | Supplemental Addendum to Original Petition [ Pro per Petnr.] |
| 06/12/1997 | Filed: | " motion for Translation" Etc. [Pro per Petnr.] |
| 09/29/1997 | Received document entitled: | Supplement to Petn from Pro per Petnr |
| 10/29/1997 | Petition for writ of habeas corpus denied | Cites. Wer & Chi, JJ. did not participate. |

**Click here to request automatic e-mail notifications about this case.**

©2007 Judicial Council of California

EXHIBIT F

# CALIFORNIA APPELLATE COURTS

Case Information

**1st Appellate District**

Change court ▾

Court data last updated: 01/04/2008 09:05 AM

Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court

## Docket (Register of Actions)

**In re Ciria on Habeas Corpus.**
**Division 3**
**Case Number A096429**

| Date | Description | Notes |
|------|-------------|-------|
| 10/12/2001 | Petition for a writ of habeas corpus filed. | |
| 10/12/2001 | Exhibits lodged. | one volume; |
| 10/18/2001 | Order denying petition filed. | The Petition for a writ of habeas corpus & the related request for an appointment of counsel are denied (McGuiness, P.J., Corrigan, J. and Parrilli, J.). |
| 10/18/2001 | Case complete. | |
| 07/16/2002 | Shipped to state retention center, box # / list #: | L172 |

**Click here to request automatic e-mail notifications about this case.**



©2007 Judicial Council of California

EXHIBIT G

# CALIFORNIA APPELLATE COURTS

Case Information



## Supreme Court

Change court ▾

Court data last updated: 01/04/2008 08:53 AM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

### Docket (Register of Actions)

**CIRIA (JOAQUIN) ON H.C.**
**Case Number S101755**

| Date | Description | Notes |
|------|-------------|-------|
| 11/01/2001 | Petition for writ of habeas corpus filed | PETNR [ CIRIA ] IN PRO PER. EXHIBITS WITH ORIGINAL |
| 04/17/2002 | Petition for writ of habeas corpus denied with citation(s) | Werdegar, J., and Chin, J., were recused and did not participate. |

**Click here to request automatic e-mail notifications about this case.**

©2007 Judicial Council of California

EXHIBIT H

# CALIFORNIA APPELLATE COURTS

Case Information

welcome

Search

e-mail

Calendar

Help

Opinions



## 1st Appellate District

Change court ▾

Court data last updated: 01/04/2008 09:05 AM

Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court

## Docket (Register of Actions)

**In re Ciria on Habeas Corpus.**
**Division 3**
**Case Number A110400**

| Date | Description | Notes |
|------|-------------|-------|
| 06/10/2005 | Petition for a writ of habeas corpus filed. | |
| 06/10/2005 | Exhibits lodged. | one volume; |
| 06/10/2005 | Exhibits lodged. | One videotape; |
| 06/28/2005 | Order denying petition filed. | H/c McGuiness, PJ., Corrigan, J., and Parrilli J. participating |
| 06/28/2005 | Case complete. | |
| 12/20/2005 | Shipped to state retention center, box # / list #: | L200 |

**Click here to request automatic e-mail notifications about this case.**

©2007 Judicial Council of California

# EXHIBIT I

# CALIFORNIA APPELLATE COURTS
Case Information



## Supreme Court

Court data last updated: 01/04/2008 08:53 AM

[Change court ▼]

**Case Summary   Docket   Briefs**
**Disposition   Parties and Attorneys   Lower Court**

## Docket (Register of Actions)

**CIRIA (JOAQUIN) ON H.C.**
**Case Number S137125**

| Date | Description | Notes |
|------|-------------|-------|
| 09/09/2005 | Petition for writ of habeas corpus filed | By petitioner {Joaquin Ciria} in pro per. |
| 09/09/2005 | Exhibit(s) lodged | One volume and two video tapes |
| 09/20/2005 | Received: | Petitioner's copies of Resporter's Transcripts (7 vols.) |
| 06/08/2006 | Received: | Petitioner's supplemental memo of points & authorities & exhibits |
| 06/28/2006 | Petition for writ of habeas corpus denied | (See In re Robbins (1998) 18 Cal.4th 770, 780; In re Miller (1941) 17 Cal.2d 734; In re Hall (1981) 30 Cal.3d 408, 423.) Werdegar, J., and Chin, J., were recused and did not participate. |

**Click here to request automatic e-mail notifications about this case.**

©2007 Judicial Council of California

EXHIBIT J

CLOSED, 1CMS, ProSe

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:98-cv-01021-MJJ

Ciria v. Cambra
Assigned to: Judge Martin J. Jenkins
Demand: $0
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/13/1998
Date Terminated: 11/10/1998
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Joaquin H. Ciria**

represented by **Joaquin H. Ciria**
E-89966 12/220-L
CSP-Solano II
California State Prison-Solano
P.O. Box 4000
Vacaville, CA 95696
PRO SE

V.

**Respondent**

**Steven Cambra, Jr.**
*Warden*

represented by **Ann K. Jensen**
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102-7004
415-703-5853
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joan Killeen**
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-703-5968
Email: joan.killeen@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/1998 | 1 | PETITION FOR WRIT OF HABEAS CORPUS; (no process); Fee status pd entered on 3/13/98 in the amount of $ 5.00 (Receipt No. 130686) [3:98-cv-01021] (bdb, COURT STAFF) (Entered: 03/16/1998) |

| | | |
|---|---|---|
| 03/24/1998 | 2 | ORDER by Judge Martin J. Jenkins; the Clerk shall serve by certified mail a copy of this Order and petition upon respondent and respondent's attorney; respondent shall file and serve by 4/30/98 a motion to dismiss the petition; petitioner may file and serve an opposition by 5/22/98; reply to be filed and served no later than 6/12/98; motion shall be deemed submitted as of the date reply brief is due; no hearing will be held (Date Entered: 3/26/98) (cc: all counsel) [3:98-cv-01021] (bdb, COURT STAFF) (Entered: 03/26/1998) |
| 03/30/1998 | 4 | AMENDED PETITION FOR WRIT OF HABEAS CORPUS [3:98-cv-01021] (bdb, COURT STAFF) (Entered: 04/03/1998) |
| 04/01/1998 | 3 | CERTIFIED MAIL RECEIPT received by State Attorney General's Office on 3/30/98 [3:98-cv-01021] (bdb, COURT STAFF) (Entered: 04/02/1998) |
| 04/03/1998 | 5 | CERTIFIED MAIL RETURN RECEIPT received from Steven Cambra, Jr [3:98-cv-01021] (bdb, COURT STAFF) (Entered: 04/03/1998) |
| 04/27/1998 | 6 | NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND AUTHORITIES before Judge Martin J. Jenkins by Respondent Steven Cambra Jr. to dismiss Habeas Corpus Petition as Untimely [3:98-cv-01021] (RS, COURT STAFF) (Entered: 04/28/1998) |
| 05/26/1998 | 7 | REPLY by Petitioner Joaquin H. Ciria re motion to dismiss Habeas Corpus Petition as Untimely [6-1] [3:98-cv-01021] (ga, COURT STAFF) (Entered: 05/28/1998) |
| 11/10/1998 | 8 | ORDER by Judge Martin J. Jenkins granting motion to dismiss Habeas Corpus Petition as Untimely [6-1] dismissing case ; appeal filing ddl 12/14/98 ( Date Entered: 11/13/98) (cc: all counsel) [3:98-cv-01021] (nd, COURT STAFF) (Entered: 11/13/1998) |
| 11/10/1998 | 9 | JUDGMENT: by Judge Martin J. Jenkins dismissing case ( Date Entered: 11/13/98) (cc: all counsel) [3:98-cv-01021] (nd, COURT STAFF) (Entered: 11/13/1998) |
| 12/07/1998 | 10 | NOTICE OF APPEAL by Petitioner Joaquin H. Ciria from Dist. Court decision Scheduling order dismissing case [9-1], judgment [9-2] Fee status pd [3:98-cv-01021] (nd, COURT STAFF) (Entered: 12/08/1998) |
| 12/11/1998 | 11 | ORDER denying request for certificate of appealability by Judge Martin J. Jenkins ( Date Entered: 12/15/98) (cc: all counsel) [3:98-cv-01021] (nd, COURT STAFF) (Entered: 12/15/1998) |
| 12/15/1998 | | Docket fee notification form and case information sheet to USCA [10-1] [3:98-cv-01021] (nd, COURT STAFF) (Entered: 12/15/1998) |
| 03/22/1999 | 12 | CERTIFIED COPY of USCA Order: The request for a certificate of appealability is denied [3:98-cv-01021] (nd, COURT STAFF) (Entered: 03/23/1999) |
| 04/02/1999 | 13 | RECORD ON APPEAL RETURNED FROM USCA [10-1] [3:98-cv-01021] (nd, COURT STAFF) (Entered: 04/02/1999) |
| 08/25/1999 | 14 | APPLICATION for nunc pro tunc petition for writ of mandamus and motion for stay pending review of order denying petitioner's application for certificate of appealability by Petitioner Joaquin H. Ciria [3:98-cv-01021] (nd, COURT STAFF) (Entered: 08/26/1999) |
| 08/30/1999 | | RECORD on Appeal to USCA, cnsl notified. re appeal [10-1] [3:98-cv-01021] (nd, COURT STAFF) (Entered: 08/30/1999) |
| 09/30/1999 | 15 | CERTIFIED COPY of USCA Order: dismissing the appeal [10-1] [3:98-cv-01021] (nd, |

| | | COURT STAFF) (Entered: 10/01/1999) |
|---|---|---|
| 03/03/2000 | 16 | MOTION before Judge Martin J. Jenkins by Petitioner Joaquin H. Ciria to reopen the judgment [3:98-cv-01021] (nd, COURT STAFF) (Entered: 03/06/2000) |
| 03/24/2000 | 17 | ORDER by Judge Martin J. Jenkins DENYING petition's motion to for reconsideration [16-1] (Date Entered: 3/28/00) (cc: all counsel) [3:98-cv-01021] (slh, COURT STAFF) (Entered: 03/28/2000) |
| 06/07/2000 | 18 | NOTICE OF APPEAL by Petitioner from Dist. Court decision order [17-1]; Fee status not pd [3:98-cv-01021] (slh, COURT STAFF) (Entered: 06/09/2000) |
| 06/07/2000 | 19 | MOTION before Judge Martin J. Jenkins by Petitioner to reopen the time for appeal [3:98-cv-01021] (slh, COURT STAFF) (Entered: 06/09/2000) |
| 06/21/2000 | 20 | ORDER by Judge Martin J. Jenkins DENYING petitioner's motion to reopen the time for appeal [19-1] and DENYING request for certificate of appealability. (Date Entered: 6/27/00) (cc: all counsel) [3:98-cv-01021] (slh, COURT STAFF) (Entered: 06/27/2000) |
| 06/27/2000 | 21 | RECORD ON APPEAL RETURNED FROM USCA [18-1] [3:98-cv-01021] (slh, COURT STAFF) (Entered: 06/30/2000) |
| 11/22/2000 | 22 | NOTICE by Petitioner of change of address [3:98-cv-01021] (slh, COURT STAFF) (Entered: 11/29/2000) |
| 06/21/2001 | 23 | CERTIFIED COPY of USCA Order: petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus, accordingly, the petition is denied [3:98-cv-01021] (tn, COURT STAFF) (Entered: 06/26/2001) |
| 04/11/2007 | 24 | ORDER of USCA denying the application to file a second or successive habeas corpus petition in the district court. (slh, COURT STAFF) (Filed on 4/11/2007) (Entered: 04/11/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/04/2008 09:48:57 | | |
| **PACER Login:** | sf0193 | **Client Code:** | sfpd ciria 080528 |
| **Description:** | Docket Report | **Search Criteria:** | 3:98-cv-01021-MJJ |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

EXHIBIT K

CLOSED, HABEAS, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:02-cv-02900

Ciria v. Carey
Assigned to: Hon. Martin J. Jenkins
Demand: $0
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/17/2002
Date Terminated: 07/08/2002
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Joaquin Ciria**

represented by **Joaquin Ciria**
California State Prison-Solano
CDC # E-89966
P.O. Box 4000
Vacaville, CA 95696
PRO SE

V.

**Respondent**

**Tom L. Carey**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2002 | 1 | PETITION for Writ of Habeas Corpus *(no process)* ( Filing fee $IFPP ). Filed by pro se Joaquin Ciria. (slh, ) (Entered: 06/19/2002) |
| 06/17/2002 | 2 | Appendix *of Records and Exhibits* filed by pro se Joaquin Ciria. (slh, ) (Entered: 06/19/2002) |
| 06/17/2002 | 3 | CLERK'S NOTICE re: completion of In Forma Pauperis application or payment of filing fee within 30 days. (slh) (Entered: 06/19/2002) |
| 06/18/2002 | 4 | Letter from pro se Joaquin Ciria re: assignment of action. (slh, ) (Entered: 06/19/2002) |
| 07/03/2002 | | Filing fee: $5.00, receipt number 3336827. (slh, ) (Entered: 07/09/2002) |
| 07/08/2002 | 5 | ORDER OF DISMISSAL by Judge Martin J. Jenkins dismissing petition without prejudice to refiling if petitioner obtains the necessary order. (slh) (Entered: 07/15/2002) |
| 07/08/2002 | 6 | JUDGMENT dismissing action without prejudice. (slh) (Entered: 07/15/2002) |
| 07/16/2002 | 7 | NOTICE OF APPEAL re 6 , 5 by pro se Joaquin Ciria. ( Filing fee $not pd ) (slh, ) (Entered: 07/17/2002) |
| 07/29/2002 | 8 | ORDER by Judge Martin J. Jenkins DENYING request for certificate of appealability. (slh) (Entered: 08/02/2002) |

| | | |
|---|---|---|
| 07/29/2002 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re appeal 7 (slh, ) (Entered: 08/02/2002) |
| 07/29/2002 | | Certificate of Record Mailed to USCA re appeal 7 : (slh, ) (Entered: 08/02/2002) |
| 07/29/2002 | | Appeal Remark re appeal 7 : *mailed request for payment of docket fee to appellant.* (slh, ) (Entered: 08/02/2002) |
| 07/29/2002 | | Certified and transmitted Record on Appeal to US Court of Appeals re appeal 7 (slh, ) (Entered: 08/02/2002) |
| 09/26/2002 | | USCA Case Number re appeal 7 . USCA Case #02-16840 (slh, ) (Entered: 09/27/2002) |
| 11/07/2002 | 9 | NOTICE *OF MOTION to Amend Petition* by pro se Joaquin Ciria. (slh, ) (Entered: 11/12/2002) |
| 11/14/2002 | 10 | ORDER by Judge Martin J. Jenkins DENYING petitioner's Motion to Amend 9 . (slh) (Entered: 11/15/2002) |
| 01/22/2003 | 11 | ORDER of USCA re appeal 7 *denying the petition.* (slh, ) (Entered: 01/29/2003) |
| 01/22/2003 | 12 | MANDATE of USCA re appeal 7 *distributed by Clerk.* (slh, ) (Entered: 01/29/2003) |
| 03/25/2003 | 13 | ORDER of USCA re appeal 7 *denying request for a certificate of appealability.* (slh, ) (Entered: 03/31/2003) |
| 06/01/2005 | 14 | Appeal Record Returned: 7 Notice of Appeal. (slh, COURT STAFF) (Filed on 6/1/2005) (Entered: 06/03/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/04/2008 09:48:17 | | |
| **PACER Login:** | sf0193 | **Client Code:** sfpd ciria 080528 |
| **Description:** | Docket Report | **Search Criteria:** 3:02-cv-02900 |
| **Billable Pages:** | 1 | **Cost:** 0.08 |

EXHIBIT L

CLOSED, HABEAS, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:03-cv-02499

Ciria v. Carey

Assigned to: Hon. Martin J. Jenkins

Demand: $0

Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/27/2003

Date Terminated: 08/04/2003

Jury Demand: None

Nature of Suit: 530 Habeas Corpus (General)

Jurisdiction: Federal Question

**Petitioner**

**Joaquin Ciria**

represented by **Joaquin Ciria**
Solano State Prison
CDC # E-89966
2100 Peabody Road (12/220-L)
P.O. Box 4000
Vacaville, CA 95696-4000
PRO SE

V.

**Respondent**

**Tom L. Carey**
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2003 | 1 | PETITION for Writ of Habeas Corpus *(no process)* ( Filing fee $IFPP ). Filed by pro se Joaquin Ciria. (slh, ) (Entered: 05/30/2003) |
| 05/27/2003 | 2 | MOTION for Leave to File *Petition for Writ of Habeas Corpus* filed by pro se Joaquin Ciria. (slh, ) (Entered: 05/30/2003) |
| 05/27/2003 | 3 | Appendix *of Records and Exhibits* filed by pro se Joaquin Ciria. (slh, ) (Entered: 05/30/2003) |
| 05/27/2003 | 4 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (slh) (Entered: 05/30/2003) |
| 06/27/2003 | | Filing fee: $5.00, receipt number 3348889. (slh, ) (Entered: 06/30/2003) |
| 08/04/2003 | 5 | ORDER OF DISMISSAL by Judge Martin J. Jenkins DISMISSING CASE as duplicative of case # C 02-2900 MJJ(PR). (slh) (Entered: 08/06/2003) |

## PACER Service Center

| Transaction Receipt | | | |
|---|---|---|---|
| 01/04/2008 09:48:39 | | | |
| **PACER Login:** | sf0193 | **Client Code:** | sfpd ciria 080528 |
| **Description:** | Docket Report | **Search Criteria:** | 3:03-cv-02499 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |