DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DANIEL ZAHEER, State Bar #237118
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3822
Facsimile:    (415) 554-3837
E-Mail:        daniel.zaheer@sfgov.org

Attorneys for
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOAQUIN CIRIA,<br><br>                Plaintiff,<br><br>        vs.<br><br>NICHOLAS J. RUBINO, OFFICER AISSA, JAMES CROWLEY, ARTHUR GERRANS AND DOES 1-10 INCLUSIVE,<br><br>                Defendants. | Case No. C07-4770 MJJ<br><br>**DECLARATION OF DANIEL ZAHEER RE: STATUS OF SERVICE**<br><br>Hearing Date:    February 12, 2008<br>Time:                9:30 a.m.<br>Place:               Courtroom 11<br>Judge:              Martin J. Jenkins<br>Trial Date:         None Set |
|---|---|

I, DANIEL ZAHEER , declare as follows:

1. I am an attorney and counsel of record for defendant the City and County of San Francisco (the "City") in this action. The following facts are known to me personally, and if called upon as a witness, I would testify as to them competently.

2. On October 23, 2007, the United States Marshall attempted to serve the four named defendants in this suit at the San Francisco Police Department ("SFPD") on 850 Bryant Street in San Francisco. The Marshall also served a courtesy copy on the San Francisco City Attorney's Office at San Francisco City Hall, Room 234.

3.   Three of the named defendants in this action, Officer Nicholas Rubino (Badge # 448), Officer James Crowley (Badge # 416) and Detective Arthur Gerrans (Badge #624), are no longer employees of SFPD or of the City. All three men are former SFPD employees and have retired.

4.   I have not been able to verify that Officer Aissa (Badge # 218) was a past SFPD employee or is a current SFPD employee. My efforts to locate him are continuing.

5.   Because of applicable privacy protections, I do not have direct access to the contact information for any retired SFPD officer. In an attempt to make contact with the defendants in this suit, I have drafted letters to the defendants explaining the allegations made in the instant suit and asking the defendants to call me. I have asked the City's Retirement Services Department to forward these letters to the individual officers.

6.   As of the date of this declaration, I have not received any responses to the letters.

Dated: January 4, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        DANIEL ZAHEER
        Deputy City Attorney

By: _____/s/_____
    DANIEL ZAHEER

Attorneys for Defendant(s)
CITY AND COUNTY OF SAN FRANCISCO