1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DANIEL ZAHEER, State Bar #237118
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3822
6  Facsimile:    (415) 554-3837
   E-Mail:       daniel.zaheer@sfgov.org

Attorneys for Defendant
CITY & COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOAQUIN CIRIA, | Case No. C07-4770 MJJ |
|---|---|
| Plaintiff, | **DEFENDANT'S NOTICE VACATING HEARING** |
| vs. | |
| NICHOLAS J. RUBINO, OFFICER AISSA, JAMES CROWLEY, ARTHUR GERRANS AND DOES 1-10 INCLUSIVE, | |
| Defendants. | |

**NOTICE VACATING HEARING**

TO PLAINTIFF IN PRO PER:

Please take notice that the hearing on Defendant's Motion to Dismiss, previously noticed for February 12, 2008, at 9:30 a.m., will be vacated. The Court's October 12, 2007 "Order of Service" instructed that "No hearing will be held on the [dispositive] motion unless the Court so orders at a later date." Order at 4. To date, the Court has not entered an order setting a hearing. Accordingly, the February 12, 2008 hearing previously noticed by defendant will be taken off calendar.

Dated: January 28, 2008

                      DENNIS J. HERRERA
                      City Attorney
                      JOANNE HOEPER
                      Chief Trial Deputy
                      DANIEL ZAHEER
                      Deputy City Attorney

By:_____/s/_____
       DANIEL ZAHEER

       Attorneys for Defendant(s)
       CITY AND COUNTY OF SAN FRANCISCO