FILED
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN CIRIA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS J. RUBINO, et al.<br><br>    Defendants. | No. C 07-4770 MJJ (PR)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL; GRANTING EXTENSION OF TIME**<br><br>(Docket Nos. 12 & 15) |

    Good cause appearing, plaintiff's motion for an extension of time in which to file an opposition to defendants' motion to dismiss is GRANTED. Plaintiff's opposition is due on or before **March 31, 2008**. Defendants shall file a reply brief within **14 days** of the date the opposition is filed. Plaintiff's motion for appointment of counsel is DENIED for want of exceptional circumstances. This motion is DENIED for want of exceptional circumstances. See 28 U.S.C. § 1915(e)(1). The Court will sua sponte reconsider plaintiff's request for appointment of counsel should the circumstances of this case change so as to warrant such appointment.

    This order terminates docket numbers 12 & 15.

    IT IS SO ORDERED.

DATED: 2/15/2008

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\CR.07\ciria.eot.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOAQUIN CIRIA,

        Plaintiff,

v.

NICHOLAS J. RUBINO et al,

        Defendant.

Case Number: CV07-04770 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joaquin Ciria
California State Prison-Solano
CDC # E-89966
P.O. Box 4000
Vacaville, CA 95696

Dated: February 19, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk