```
 1  JOAQUIN CIRIA
    E-89966 Facility 2-8-201
 2  C.S.P. - Solano State Prison
    Post Office Box 4000
 3  Vacaville, California 95696-4000

 4  Plaintiff IN PRO SE
    JOAQUIN CIRIA
 5
```

FILED
FEB 19 PM 2:00

Original

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN CIRIA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NICHOLAS J. RUBINO, OFFICER AISSA, JAMES CROWLEY, ARTHUR GERRANS, SAN FRANCISCO CITY/ POLICE DEPARTMENT, and DOES 1-10 inclusive, sued in their individual and official capacities,<br><br>　　　　　Defendants. | Case No. C 07-4770 MJJ(PR)<br><br>MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT 42 U.S.C. section 1983<br><br>[Jury Trial Demanded] |

　　　The above-named plaintiff, **JOAQUIN CIRIA** (hereinafter "Plaintiff"), pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, requests leave to file an amended complaint adding a party.

　　　The Plaintiff in his original complaint named DOES 1-10 as defendants. Since the filing of the complaint the defendants filed a Notice of Motion and Motion to Dismiss with accompanying Memorandum of Points and Authorities in Support. ("Defendant's

-1-

1  Motion.") The city attorney for San Francisco submitted the
2  Defendant's Motion stating in part that: "a suit against a
3  government employee in his official capacity is treated as a suit
4  against the government entity employer - here the City - and
5  therefore proper service upon the City is adequate. ... Although
6  the City was not properly served by delivery of the summons and
7  complaint to the Office of the Mayor, ... the City hereby
8  voluntarily appears through this motion." (See Defendant's
9  Motion, p. 4.)
10     As a consequence, the Plaintiff requests leave to file the
11 attached First Amended Complaint by adding San Francisco
12 City/Police Department.
13     DOES 1-10 inclusive remain unknown to the Plaintiff and will
14 be added when the true names of DOES 1-10 are determined through
15 discovery.
16
17     **I. FEDERAL RULES OF CIVIL PROCEDURE AUTHORIZES A PARTY TO AMEND PLEADINGS.**
18
19     **The Law.**
20     The applicable civil rule, Federal Rule of Civil Procedure
21 15(a), provides that a party may amend its pleadings "once as
22 a matter of course at any time before a responsive pleadings is
23 served or [in certain circumstances] ... within 20 days after
24 it is served. Otherwise, a party may amend the party's pleadings
25 only by leave of court or by written consent of the adverse
26 party." Obtaining consent from the defendants in the instant
27 matter appears to be futile and therefore, the Plaintiff seeks
28

leave to amend from this Court pursuant to the foregoing Federal Civil Rule.

### A. Leave to Amend Is "Freely Given."

Federal Rules 15(a)'s "edict that 'leave shall be freely given when justice so requires' is 'to be applied with extreme liberality.'" (Eminence Capital, LLC v. Aspeon, Inc., 316 F.3d 1048, 1051 (9th Cir. 2003.) Absent prejudice or a strong showing of undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by amendment, or futility of amendment, "there exists a presumption under Rule 15(a) in favor of granting leave to amend." (Eminence Capital, supra, 316 F.3d at 1052.)

In the present action, the Plaintiff has not yet had the opportunity to amend his complaint. However, and as noted above, the defendants, City of San Francisco, volunteered to appear "through this motion." (See Defendant's Motion, p. 4.) Clearly, the factors enumerated in Eminence v. Capital to deny leave are absent in the present case. Accordingly, leave to amend should be granted.

### B. Defendant's Motion To Dismiss.

The City of San Francisco filed a motion to dismiss. However, "[A] motion to dismiss is not a 'responsive pleading' within the meaning of Fed.R.Civ.P. 15(a)." (Breier v. N.Cal. Bowling Proprietors' Ass'n., 316 F.2d 787, 789-90 (9th Cir.1963)). Nevertheless, and in the event the Plaintiff has misconstrued the law regarding this issue, he requests leave to file an amended complaint.

///

-3-

## C O N C L U S I O N

For the foregoing reasons, consistent with the accompanying Memorandum of Law, this Court should Plaintiff's Motion for Leave to File an Amended Complaint.

Dated: 2/13/2008

Respectfully submitted,

by: *Joaquin Ciria*
JOAQUIN CIRIA
Plaintiff In Pro Se

///
///
///

**DECLARATION OF SERVICE BY MAIL**

[28 U.S.C. §1746]

Case 3:07-cv-04770-MMC   Document 17   Filed 02/19/2008   Page 5 of 7

1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5  JOAQUIN CIRIA,                    )    Case No. C 07-4770 MJJ(PR)
                                     )
6              Plaintiff,            )
                                     )
7  vs.                               )    DECLARATION OF
                                     )    SERVICE BY MAIL
8  NICHOLAS J. RUBINO, et al,        )
                                     )
9              Defendants.           )    [28 U.S.C. § 1746]
   _____)
10

11      I, **MARCOS ROGELIO JUAREZ**, am a resident of the state of California, county of Solano. I am over the age of 18 years and not a party to the above-entitled cause of action. My prison address is: Solano State Prison, Post Office Box 4000, Vacaville, California 95696-4000. My prison identification is: C.D.C. No. J-91449.

        On February _13_, 2008, I served the foregoing: Plaintiff's Motion for Leave to File First Amended Complaint, on the Defendant's attorney named below, by placing one true and correct copy thereof, in a sealed envelope with postage fully paid thereon, and delivering said envelope and above-described legal papers to a duly authorized California Corrections Officer, as prescribed and so provided for the deposit of legal mail in the United States Mail at Solano State Prison.

        City Attorney of San Francisco
        Attn: Daniel Zaheer, D.C.A.
        1390 Market Street, 6th Floor
        San Francisco, California 94102-5408

        I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed at Solano State Prison, in Vacaville, California.

                                    by: _/s/ Marcos R. Juarez_
                                        MARCOS ROGELIO JUAREZ
                                        Declarant

///

///

Case 3:07-cv-04770-MMC    Document 17    Filed 02/19/2008    Page 7 of 7