**FILED**
MAR 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN CIRIA, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS J. RUBINO, et al. <br><br> Defendants. | No. C 07-4770 MJJ (PR) <br><br> **ORDER GRANTING REQUEST TO WITHDRAW MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> (Docket No. 17) |

    On March 4, 2008, plaintiff requested to withdraw his February 19, 2008 motion for leave to file a first amended complaint. Good cause appearing, plaintiff's request to withdraw such motion is GRANTED.

    This order terminates Docket No. 17.

    IT IS SO ORDERED.

DATED: 3/31/2008

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\CR.07\ciria.eot.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOAQUIN CIRIA,

        Plaintiff,

v.

NICHOLAS J. RUBINO et al,

        Defendant.
_____/

Case Number: CV07-04770 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Amon Zaheer
San Francisco City Attorney
1390 Market St.
Suite 250
San Francisco, CA 94102

Joaquin Ciria
California State Prison-Solano
CDC # E-89966
P.O. Box 4000
Vacaville, CA 95696

Dated: April 2, 2008

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk