```
JOAQUIN  CIRIA
E-89966 Facility 2-12-117
C.S.P. - Solano State Prison
Post Office Box 4000
Vacaville, California 95696-4000

Plaintiff IN PRO SE
JOAQUIN CIRIA
```

FILED

08 JUN -5 PM 2: 03

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOAQUIN CIRIA, | Case No. C-07-04770 MMC |
|---|---|
| Plaintiff, | |
| vs. | |
| NICHOLAS J. RUBINO, OFFICER AISSA, JAMES CROWLEY, ARTHUR GERRANS, SAN FRANCISCO POLICE DEPARTMENT, and DOES 1 - 10 inclusive, sued in their individual and official capacities, | MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT 42 U.S.C. section 1983 |
| | [Jury Trial Demanded] |
| Defendants. | |

The above-named plaintiff, **JOAQUIN CIRIA**, (hereinafter ("Plaintiff"), pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, seeks leave to file an amended complaint adding the San Francisco Police Department as a party.

The Plaintiff in his original complaint named DOES 1-10 as defendants. Since the filing of the complaint the defendants filed a Notice of Motion and Motion to Dismiss with accompanying Memorandum of Points and Authorities In Support. ("Defendant's

-1-

Motion.") The city attorney for San Francisco submitted the Defendant's Motion stating in part that: "a suit against a government employee in his official capacity is treated as a suit against the government entity employer - here the City - and therefore proper service upon the City is adequate.... Although the City was not properly served by delivery of the summons and complaint to the Office of the Mayor, ... the City hereby voluntarily appears through this motion." (See Defendant's Motion, p. 4.)

As a result thereof, the Plaintiff requests leave to file the accompanying First Amended Complaint by adding the San Francisco Police Department.

DOES 1-10 inclusive remain unknown to the Plaintiff and will be added when the true names of DOES 1-10 are determined through discovery.

### I. FEDERAL RULES OF CIVIL PROCEDURE AUTHORIZES A PARTY TO AMEND PLEADINGS.

The Law.

The applicable civil rule, Federal Rule of civil Procedure 15(a), provides that a party may amend its pleadings "once as a matter of course at any time before a responsive pleadings is served or [in circumstances] ... within 20 days after it is served. Otherwise, a party may amend the party's pleadings only by leave of court or by written consent of the adverse party." Obtaining consent from the defendants in the instant matter appears to be futile and therefore, the Plaintiff seeks leave to

-2-

amend from this Court pursuant to the foregoing Federal Civil Rule.

### A. Leave To Amend is "Freely Given."

Federal Rules 15 (a)'s "edict that 'leave shall be freely given when justice so requires' is 'to be applied with extreme liberality.'" (Eminence Capital, LLC v. Aspeon, Inc., 316 F.3d 1048, 1051 (9th Cir. 2003.) Absent prejudice or a strong showing of undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by amendment, or futility of amendment, "there exists a presumption under Rule 15(a) in favor of granting leave to amend." (Id., at 1052.)

In the present action, the Plaintiff has not yet had the opportunity to amend his complaint. However, and as noted above, the Defendants, City of San Francisco, volunteered to appear "through this motion." (See Defendant's Motion, p. 4.) Clearly, the factors enumerated in Eminence v. Capital to deny leave are absent in the present case. Accordingly, leave to amend should be granted.

### B. Defendant's Motion To Dismiss.

The City of 'San Francisco filed a motion to dismiss. However, "[A] motion to dismiss is not a 'responsive pleading' within the meaning of Fed.R.Civ.P. 15(a)." (Breier v. N.Cal. bowling Proprietors' Ass'n., 316 F.2d 787, 789-90 (9th Cir. 1963).) Nevertheless, and in the event the Plaintiff, a pro se litigant, has misconstrued the law regarding this issue, he requests leave to file an amended complaint.

///

## CONCLUSION

For the foregoing reasons, consistent with the accompanying Memorandum of Law, this Court should grant Plaintiff's Motion for Leave to File an Amended Complaint.

Dated: 6/3/2008

Respectfully submitted,

by: *Joaquin Ciria*
JOAQUIN CIRIA
Plaintiff In Pro Se

///
///
///

-4-

# DECLARATION OF SERVICE BY MAIL

### [28 U.S.C. § 1746]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN CIRIA, ) | Case No. C-07-04770 MMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NICHOLAS J. RUBINO, OFFICER ) | DECLARATION OF |
| AISSA, JAMES CROWLEY, ARTHUR ) | SERVICE BY MAIL |
| GERRANS, SAN FRANCISCO ) | |
| POLICE DEPARTMENT, and DOES ) | |
| 1 - 10 inclusive, sued in ) | |
| their individual and ) | |
| official capacities, ) | |
| ) | [28 U.S.C. § 1746] |
| Defendants. ) | |

I, **MARCOS ROGELIO JUAREZ**, am a resident of the state of California, county of Solano. I am over the age of 18 years and not a party to the above-entitled matter. My prison address is: Solano State Prison, Post Office Box 4000, Vacaville, California 95696-4000. My prison identification number is: J91449.

On June  3 , 2008, I served the foregoing: Petition Motion for Leave To File first Amended Complaint 42 U.S.C. section  1983 on the Defendants named below, by placing one true and correct copy thereof, in a sealed envelope with postage fully paid thereon, and delivering said envelope and above-described legal papers to a duly authorized California Corrections Officer, as prescribed and so provided for the deposit of legal mail in the United States Mail at Solano State Prison.

    City Attorney of San Francisco
    Attn:  Daniel Zaheer, D.C.A.
    1390 Market Street, 6th Floor
    San Francisco, California 94102-5408

I declare under penalty of perjury, under the laws of the State of California and United States, that the foregoing is true and correct, and that this declaration was executed at Solano State Prison, in Vacaville, California.

_____
**MARCOS ROGELIO JUAREZ**
Declarant

///

Case 3:07-cv-04770-MMC    Document 22    Filed 06/05/2008    Page 7 of 9

Joaquin Ciria
#E-89966/Fac:2-12-117
C.S.P.-Solano State Prison
P.O. Box 4000
Vacaville, CA. 95696-4000



United States District Court
Northern District of California
Attn: Office of the Clerk
450 Golden Gate Avenue
San Francisco, CA. 94102-521

RECEIVED
MMC
JUN 5 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



CSP SOLANO
STATE PRISON

UNITED STATES POSTAGE
$04.8

JOAQUIN CIRIA
'In Propria Persona'
E-89966 Facility 2-12-117
C.S.P. - Solano State Prison
Post Office Box 4000
Vacaville, California 95696-4000

June 3, 2008

United States District Court
Northern District of California
Attn: Office of the Clerk
450 Golden Gate Avenue
San Francisco, California 94102-5212

 **ORIGINAL**

RE: Joaquin Ciria vs. Rubino, et seq.
C-07-04770 MCC

Dear Sir/Madam:

Enclosed please find the following pleadings: First-Amended Complaint Under Civil Rights Act 42 U.S.C. § 1983, and Exhibits In Support Thereof and, Motion For Leave To File First-Amended Complaint 42 U.S.C. § 1983.

Please calendar aforementioned at the court's earliest convenience. Included is a S.A.S.E. for a "conformed" copy of the face sheet for both pleadings to be returned for my records.

I thank you in advance for your anticipated assistance in the matters and requests herein articulated.

As always, . . .

Respectfully,

JOAQUIN CIRIA
Plaintiff In Pro Se

///

///