IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOAQUIN CIRIA,

        Plaintiff,

  v.

NICHOLAS J. RUBINO, et al.,

        Defendants.
                                    /

No. CV-07-4770 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Defendants' motion to dismiss is hereby GRANTED, and the above-titled action is hereby DISMISSED with prejudice as to all defendants.

2. Plaintiff's motion for leave to file a first amended complaint is hereby DENIED.

Dated: September 17, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk