IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN CIRIA, | No. C 07-4770 MMC (PR) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME** |
| v. | |
| NICHOLAS J. RUBINO, et al., | **(Docket No. 51)** |
| Defendants. | |

GOOD CAUSE APPEARING, plaintiff's request for an extension of time to file a reply to defendants' opposition to plaintiff's motion for relief from judgment is hereby GRANTED. Plaintiff shall file his reply on or before January 25, 2012.

This order terminates Docket No. 51.

IT IS SO ORDERED.

DATED: January 10, 2012

_____
MAXINE M. CHESNEY
United States District Judge