IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN CIRIA, ) | No. C 07-4770 MMC |
| ) | |
| Plaintiff, ) | **ORDER REVOKING IN FORMA PAUPERIS STATUS ON APPEAL; CERTIFYING APPEAL NOT TAKEN IN GOOD FAITH; DIRECTIONS TO CLERK** |
| v. ) | |
| ) | |
| NICHOLAS J. RUBINO, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On September 17, 2007, plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983, alleging that four former San Francisco police officers violated his constitutional rights by withholding, prior to plaintiff's criminal trial, evidence of plaintiff's innocence. Plaintiff was granted leave to proceed in forma pauperis ("IFP"). On September 17, 2008, the Court granted defendants' motion to dismiss the action and entered judgment in favor of all defendants. On October 16, 2008, plaintiff filed a notice of appeal. On September 2, 2010, the Ninth Circuit Court of Appeals affirmed the dismissal, holding plaintiff's claim was not timely filed and thus is barred by the statute of limitations. On May 18, 2012, the Court denied plaintiff's motion to vacate the judgment under Rule 60(b)(6) of the Federal Rules of Civil Procedure.

Plaintiff has again filed a notice of appeal. The Ninth Circuit Court of Appeals has referred the case to this Court for a determination as to whether plaintiff's IFP status should be revoked.

Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides that a party granted leave to proceed IFP in the district court may continue in that status on appeal unless the district court certifies that the appeal is not taken in good faith. Section 1915(a)(3) of Title 28 of the United States Code similarly provides that an appeal may not be taken IFP if the trial court certifies it is not taken in good faith. "Not taken in good faith" means "frivolous." Ellis v. United States, 356 U.S. 674, 674-75 (1958); Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002).

The Court finds the instant appeal is frivolous and not taken in good faith. Accordingly, plaintiff's IFP status is hereby REVOKED.

The Clerk shall send a copy of this Order to the parties and to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

DATED: June 27, 2012

_____
MAXINE M. CHESNEY
United States District Judge

2